OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R
0006557458    OCT 30 2014
MAILED FROM ZIP CODE 78701

$ 00.26⁵

10/29/2014
RIVERA, ALFREDO          Tr. Ct. No. 10353-A          WR-82,080-02
This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

RTS
Discharged
N/S

ALFREDO RIVERA
COFFIELD UNIT - TDC # 1329408

NIXIE          750     SC 1          2211/07/14

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 78711230808     *1034-00950-01-05